

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-10019-CR-King

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDELSIS LOZANO,

    Defendant.

_____/

### ORDER DISMISSING COUNTS 36 TO 66

This cause, having come to be heard on *ore tenus* motion for directive verdict, and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the defendant's motion for directive verdict at conclusion of trial is hereby **Granted**.

Accordingly, Counts 33 to 66 are herby dismissed as to defendant Edelsis Lozano.

DONE AND ORDERED in Miami-Dade County, Florida, this 22nd day of May, 2008. NUNC PRO TUNC TO 1/31/2008

JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to:
Roy J. Kahn, Esq.
Adam S. Fels, Esq., AUSA